IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Wesley Givens, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| The Honorable Leroy Ravenell, ) | ORDER FOR DEPOSITION OF |
| as Sheriff of Orangeburg County, ) | INCARCERATED PARTY |
| Orangeburg County Sheriff's Office,) | |
| Orangeburg County, and ) | Case Number 5:18-cv-2048-DCC-PJG |
| Jason Nelson, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

TO: South Carolina Department of Corrections:

It appearing that Wesley Givens, SCDCID: 00294844, is a party to this litigation and is in the custody of the South Carolina Department of Corrections, Broad River Correctional Institution, 4460 Broad River Road, Columbia, SC 29210; and,

It is necessary that Plaintiff Wesley Givens be present for a deposition, to be held at a time and date that can be scheduled and coordinated between the parties and the administration of the institution;

IT IS THEREFORE ORDERED that Wesley Givens, currently housed at Broad River Correctional Institution, or at such other SCDC institute as he may be housed, pursuant to Fed. R. Civ. P. 30, be produced and made available for this deposition by the South Carolina Department of Corrections.

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 3, 2019
Columbia, South Carolina